GEORGE A. FEHRINGER *et al.*

*v.*

THE CITY OF CHICAGO.

*Opinion filed October 19, 1900.*

SPECIAL ASSESSMENTS—*ordinance must specify height and location of curb.* An ordinance which fails to prescribe the height of a combined curb and gutter or state where the curb is to be placed is insufficient to sustain a special assessment for such curb and gutter. .(*Jacobs* v. *City of Chicago*, 178 Ill. 560, followed.)

WRIT OF ERROR to the County Court of Cook county; the Hon. C. H. DONNELLY, Judge, presiding.

WILLIAM F. CARROLL, and M. F. CURE, for plaintiffs in error.

CHARLES M. WALKER, Corporation Counsel, ARMAND F. TEEFY, and WILLIAM M. PINDELL, for defendant in error.

Per CURIAM: Upon the authority of *Jacobs* v. *City of Chicago*, 178 Ill. 560, and later cases, holding that city ordinances which fail to prescribe the height of a combined curb and gutter or state where the curb is to be placed are insufficient to sustain a special assessment for such curb and gutter, the judgment in this case must be reversed and the cause remanded to the county court of Cook county.        *Reversed and remanded.*